**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

FINER,                                          :
                                                :
                        Plaintiff,              :
                                                :          19-CV-11391 (ALC)
            -against-                           :
                                                :          **ORDER**
BOEHRINGER INGELHEIM                            :
PHARMACEUTICALS, INC., ET AL.,                  :
                                                :
                        Defendants.             :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' January 8, 2020 joint letter requesting that this

action be stayed pending the determination by the Judicial Panel on Multidistrict Litigation

("JPML") of a pending application for a Multidistrict Litigation ("MDL") proceeding, and

transfer to the appropriate transferee court of this case and other related cases. That request is

GRANTED. Accordingly, this action is STAYED pending the decision of the JPML in *In re*

*Zantac/ Ranitidine NDMA Litig.*, MDL No. 2924 and all deadlines, including Defendants'

obligation to respond to the Complaint, are STAYED until further order of the Court.

**SO ORDERED.**

**Dated:**      **New York, New York**
              **January 13, 2020**

_____
                        **ANDREW L. CARTER, JR.**
                        **United States District Judge**